(6 Misc. Rep. 629.)

### · LICHTENSTEIN v. LICHTENSTEIN.

(City Court of New York, General Term. January 18, 1894.)

DISCOVERY—DISCRETION OF TRIAL COURT.
    An order denying a motion for the examination of plaintiff before trial will not be disturbed unless the court abused its discretion.

Appeal from special term.

Action by Nathan Lichtenstein against Herman Lichtenstein. From an order denying a motion for the examination of plaintiff before trial, defendant appeals. Affirmed.

Argued before NEWBURGER and McCARTHY, JJ.

George Hahn, for appellant.

Alfred & Charles Steckler, for respondent.

McCARTHY, J. This is an appeal from an order denying a motion for the examination of the plaintiff before trial. The papers used on the motion present a proper case for the exercise of judicial discretion. In the absence of abuse in the use of this discretion, we cannot interfere. There was none here, and the order must therefore be affirmed, with costs.